DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KIRK PICKARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3006

[February 11, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 2016CF002447A.

Kirk Pickard, DeFuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Wainright v. State*, 411 So. 3d 392 (Fla. 2025) (holding that even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

KUNTZ, C.J., GROSS and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***